MICHAEL F. WOOD (DCBN 376312)
RICHARD B. COHEN (CSBN 79601)
BRIAN J. STACK (OSBN 0069796)
VICTOR ALI (CSBN 229544)
JASON M. KATZ (OSBN 0076104)
ALBERT SAMBAT (CSBN 236472)
ANNA TRYON PLETCHER (CSBN 239730)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California 94102
Telephone (415) 436-6660
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff.<br><br>　　v.<br><br>JUDY GREEN,<br><br>　　　　　Defendant. | No. CR-05-0208-07 WHA<br><br>**APPLICATION BY UNITED STATES FOR ORDER TO COMPEL TESTIMONY** |

The United States of America, by its attorney, Scott N. Schools, respectfully requests this Court to issue an order pursuant to the provisions of Title 18 U.S.C. § 6001, et seq., compelling **Richard Favara** to give testimony or provide other information before the jury at the trial in the above-captioned matter in the United States District Court for the Northern District of California. As grounds therefore, the government sets forth the following:

1. That on April 7, 2005, a grand jury returned a twenty-two count indictment charging violations of 18 U.S.C. § 1343 (wire fraud), 15 U.S.C. §1 (collusion), and 18 U.S.C. § 371 (conspiracy to commit wire fraud and mail fraud) against five individuals and six corporate defendants.

**Application to Compel Testimony**
**CR-05-0208-07 WHA**

2. That a superseding indictment was returned on December 8, 2005, which added another individual as a defendant in five fraud counts.

3. That the above-named witness has been subpoenaed to testify at trial in the above-captioned matter and will be asked questions relating to the charged counts.

4. That the witness is likely to refuse to give testimony under oath on the basis of his privilege against self-incrimination.

5. That it is necessary to the public interest that the witness be required to answer questions pertaining to the charged counts.

6. That this application is made with the approval of Scott D. Hammond, Deputy Assistant Attorney General of the Antitrust Division of the United States Department of Justice, pursuant to the authority vested in him by 18 U.S.C. § 6003. A copy of said authorization from Deputy Assistant Attorney General Hammond is attached thereto.

Dated: 8/14, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

By: _____
(Brian Stretch)
Chief, Criminal Division



**U.S. Department of Justice**

Antitrust Division

---

*Office of the Deputy Assistant Attorney General*
*Washington, D.C. 20530*

MAY 1 7 2007

Honorable Scott N. Schools
United States Attorney
Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, CA  94102

      Re: E-Rate Trial: *United States v. Video Network Communications, Inc.,*
          *et al.*, CR 05-0208 CRB Northern District of California

Dear Mr. Schools:

     Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. 0.175(b), you are authorized to apply to the United States District Court for the Northern District of California for an order pursuant to 18 U.S.C. §§ 6002-6003 requiring **RICHARD FAVARA** to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

                                 Sincerely,

                                  Scott D. Hammond
                          Deputy Assistant Attorney General

MICHAEL F. WOOD (DCBN 376312)
RICHARD B. COHEN (CSBN 79601)
BRIAN J. STACK (OSBN 0069796)
VICTOR ALI (CSBN 229544)
JASON M. KATZ (OSBN 0076104)
ALBERT SAMBAT (CSBN 236472)
ANNA TRYON PLETCHER (CSBN 239730)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California 94102
Telephone (415) 436-6660
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff.<br><br>v.<br><br>JUDY GREEN,<br><br>                Defendant. | No. CR-05-0208-07 WHA<br><br>**COMPULSION ORDER** |

Upon the application of the United States Attorney for the Northern District of California for an order to require testimony of a witness at the trial in the above-captioned matter pursuant to Public Law 91-452 (entitled "The Organized Crime Control Act of 1970"); and it being represented by the United States that the Deputy Assistant Attorney General of the Antitrust Division, United States Department of Justice, has approved this application, it being the judgment of the United States Attorney and the Deputy Assistant Attorney General that the testimony or other information from **Richard Favara** may be necessary to the public interest; and it being represented to the Court that the witness will refuse, under oath, to testify or provide other information on the basis of his privilege against self-incrimination.

**Compulsion Order**
**CR-05-0208-07 WHA**

1    THEREFORE, IT IS HEREBY ORDERED THAT:   In accordance with the Organized
2  Crime Control Act of 1970, 18 U.S.C. § 6001, et seq. (Public Law 91-452), **Richard Favara**
3  give testimony or provide other information before the jury at trial, and that any testimony or
4  other information given by **Richard Favara** pursuant to this Order shall be subject to the
5  immunity provisions of the Organized Crime Control Act of 1970, as provided in 18 U.S.C. §
6  6002.

Dated: __September 4__, 2007



_____
DISTRICT JUDGE

**Compulsion Order**
**CR-05-0208-07 WHA**                                     2