ERIK G. BABCOCK (SBN 172517)
LAW OFFICES OF ERIK G. BABCOCK
1212 Broadway, Suite 726
Oakland, CA 94612-1828
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorney for Defendant JUDY GREEN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-208 WHA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| | ) | CONTINUING SENTENCING HEARING |
| vs. | ) | |
| | ) | |
| | ) | |
| JUDY GREEN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    IT IS HEREBY STIPULATED between the parties, with the concurrence of the Probation Officer, that the sentencing hearing for Judy Green may be continued from January 8, 2008 to February 12, 2008, at 2:00 p.m. to give the parties time additional time necessary to review and confer about pertinent financial and loss figures.

    SO STIPULATED.

/S/Richard B. Cohen
MICHAEL F. WOOD
RICHARD B. COHEN
Trial Attorneys
Antitrust Division
U.S. Department of Justice

1
2
3  _____   /S/Erik G. Babcock
4                                    ERIK G. BABCOCK
                                     Attorney for Defendant
5      SO ORDERED.
6
7  DATED:   December 12, 2007.       _____
8                                    WILLIAM ALSUP
                                     United States District Judge

IT IS SO ORDERED
Judge William Alsup

- 2 -