1  Mary E. Pougiales CSB # 77807
   POUGIALES LAW OFFICE
2  448 Ignacio Blvd., # 191
   Novato, CA 94949
3  (415) 883-4949 Tel
   (415) 883-4744 FAX
4
   Attorney for
5  JUDY GREEN

E-Filing

IN THE UNITED DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-0208-WHA |
|---|---|---|
| Plaintiff, | ) | JOINT STIPULATION OF UNITED STATES OF AMERICA AND DEFENDANT JUDY GREEN AND ORDER TO EXTEND TIME TO SURRENDER FROM MAY 5 TO MAY 19, 2008 |
| v. | ) | |
| JUDY GREEN, Defendant. | ) | |

The United States of America through its counsel Michael F. Wood, Antitrust Division, United States Department of Justice, and Judy Green through her appointed appellate counsel Mary E. Pougiales hereby agree and stipulate that Judy Green's current date to surrender to begin service of her 90 month prison term be extended two weeks from May 5, 2008 to May 19, 2008. The extension is needed for the following reasons, as set out in detail in the supporting Declaration of Mary E. Pougiales filed with this Stipulation::

Mary E. Pougiales was appointed as CJA counsel to Judy Green on her appeal on March 30, 2008 immediately before she began a two week family vacation out of the state. She was entirely unfamiliar with the case, which is complex and involves lengthy pretrial litigation, a large volume of documentary evidence, and over 3,000 pages of trial transcripts. Even a cursory review of this material is likely to take approximately one month. That review is crucial and must be completed before appellate counsel can

Joint Stipulation of United States of America and Defendant Judy Green and Order to Extend Time to Surrender From May 5 to May 19, 2008

1  likely to result in – (i) reversal, (ii) an order for a new trial, (iii) a sentence that does not
2  include a term of imprisonment, or (iv) a reduced sentence to a term of imprisonment less
3  than the total of the time already served plus the expected duration of the appeal
4  process." 18 U.S.C. § 3143(b)(B).
5      No further extension of time to surrender is contemplated except if a motion for
6  bail on appeal is filed and granted.
7  DATED:   April 15, 2008                    Respectfully submitted,

                                              /s/ Mary Pougiales
                                              MARY E. POUGIALES for
                                              Defendant Judy Green


                                              /s/ Michael F. Wood
                                              MICHAEL F. WOOD for
                                              Trial Attorney
                                              Antitrust Division
                                              U.S. Department of Justice

PURSUANT TO STIPULATION IT IS
SO ORDERED.

/s/ William Alsup                    4.22.08
WILLIAM H. ALSUP      / Dated
United States District Judge