IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00208 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| JUDY GREEN, | |
| Defendant. | |

Defendant has moved to vacate, set aside, or correct her sentence. The motion and case files do not "conclusively show" that defendant is not entitled to relief. *See* 28 U.S.C. 2255. The government is ordered to show cause within **60 DAYS** why the motion should not be granted, if that is its position, and to file then all portions of the record previously transcribed and relevant to the motion. The Clerk shall serve this order upon defendant and the United States. If the government opposes the motion, defendant shall have **30 DAYS** from submission of the opposition to reply.

**IT IS SO ORDERED.**

Dated: January 20, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE