**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00208 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING DEFENDANT'S MOTIONS TO PRODUCE DOCUMENTS AND FOR EXTENSION OF TIME TO FILE REPLY** |
| JUDY GREEN, | |
| Defendant. | |

     In the context of briefing a Section 2255 motion, defendant has filed a motion to produce documents. The requested documents are all from the docket in defendant's criminal case, so the issue seems to solely be getting copies of the documents to defendant in prison. The Clerk's office shall provide the requested documents to defendant and bill defendant for the copies in its normal course. If defendant cannot pay for the copies, she must submit proof of inability to pay and a justification for each of the requested items, before any fee for the requested copies may be waived.

     Defendant also moves for an extension of time to file her reply in support of her Section 2255 motion, until she has the requested documents. To account for the Clerk's office

processing of and billing for the request, the deadline for defendant's reply brief shall be continued to **MAY 13, 2011**.

**IT IS SO ORDERED.**

Dated: March 30, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE