IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00208 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING DEADLINE TO FILE REPLY** |
| JUDY GREEN, | |
| Defendant. | |

Defendant was given until May 13, 2011, to file a reply brief in support of her Section 2255 motion. No reply brief has been received. Nevertheless, defendant's deadline to file her brief is extended to May 27, 2011. After that date, the motion will be deemed submitted with or without a reply brief.

**IT IS SO ORDERED.**

Dated: May 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE