IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JUDY GREEN,<br><br>    Defendant.<br>                                          / | No. CR 05-00208 WHA<br><br>**NOTICE REGARDING<br>DEFENDANT'S REPLY BRIEF** |

    Earlier today, an order noted that no reply brief had been received from defendant in support of her Section 2255 motion. Later today, the Clerk's office entered defendant's reply brief. Despite the fact that it was received a few days after the deadline, the reply brief will be received, and the motion will be deemed submitted.

Dated: May 17, 2011.

                                          WILLIAM ALSUP<br>
                                          UNITED STATES DISTRICT JUDGE