UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDY GREEN,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CR No. 05-00208 WHA<br><br>ORDER GRANTING UNITED STATES' APPLICATION FOR LEAVE TO FILE SURREPLY |

The United States has moved for leave to file a surreply to Petitioner's Reply in Support of 28 U.S.C. §2255 Motion. Based on the United States' motion, and good cause found therein,

IT IS HEREBY ORDERED that the United States may file a surreply to the Petitioner's Reply in Support of 28 U.S.C. §2255 Motion — of no more than 10 pages — by May 27, 2011.

DATED: May 24, 2011.

_____
THE HONORABLE WILLIAM ALSUP
United States District Judge

CR No. 05-00208 WHA