IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00208 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING CERTIFICATE OF APPEALABILITY OF ORDER DENYING DEFENDANT'S MOTION UNDER SECTION 2255** |
| JUDY GREEN, | |
| Defendant. | |

A recent order denied defendant's motion to vacate, set aside, or correct her sentence under Section 2255. Defendant now requests a certificate of appealability. Pursuant to 28 U.S.C. 2255(d) and Rule 11(a) of the Rules Governing Section 2255 Cases, defendant must make a substantial showing that her claims amounted to a denial of her constitutional rights or demonstrate that a reasonable jurist would find this Court's denial of her claims debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). She has failed to do so. Consequently, a certificate of appealability is **DENIED**. The Clerk shall serve this order on defendant.

**IT IS SO ORDERED.**

Dated: June 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE